UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. CARPENTER, | 1:02-cv-05882-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| vs. | **ORDER DISMISSING ACTION** |
| SERGEANT CULPEPPER, et al., | |
| Defendants. | |

 Plaintiff, Steven W. Carpenter ("plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

 On April 4, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed April 4, 2005,
8 are ADOPTED IN FULL; and,
9   2.  This action is DISMISSED, without prejudice, for
10 plaintiff's failure to obey the court's order of February 16,
11 2005, and for the reason(s) set forth therein, namely, for
12 failure to state a claim upon which relief may be granted.
13   IT IS SO ORDERED.
14 **Dated:  May 5, 2005**                 **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

2